```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARIEM BROADNAX,

                Petitioner,          22-CV-0537 (VM)

    -against-               15-CR-0878 (VM)

UNITED STATES OF AMERICA,

                Respondent.         ORDER

VICTOR MARRERO, United States District Judge:

    On January 20, 2022, the Court received a motion to vacate pursuant to 22 U.S.C. Section 2255, filed by petitioner Kariem Broadnax. (See Crim. Dkt. No. 175.) On February 14, 2022, the Court ordered the Government to answer the motion within sixty days of the date of the order. (See Crim. Dkt. No. 177.) The Government's response was due on April 15, 2022.

    The Court, having received no correspondence from the Government on this matter, hereby orders the Government to show cause, by May 10, 2022, why it failed to respond to the February 14 order to answer. The Clerk of the Court is respectfully ordered to mail a copy of this Order to Kariem Broadnax, USMS No. 92496054, F.C.C. Allenwood U.S.P., P.O. Box 3000, White Deer, PA 17887.

**SO ORDERED.**

Dated: May 3, 2022
       New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.