USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
KARIEM BROADNAX,                   :
                                   :
                    Petitioner,    :   15 Crim. 878 (VM)
                                   :   22 Civ. 537 (VM)
        - against -                :
                                   :   **ORDER**
UNITED STATES OF AMERICA,          :
                                   :
                    Respondent.    :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

On September 26, 2022, the Court received a letter filed by petitioner Kariem Broadnax (see Crim. Dkt. No. 198), requesting to be appointed an attorney to appeal this Court's Order dated September 12, 2022. (See Crim. Dkt. No. 195.) The Court hereby directs the Government to respond to Petitioner's letter within thirty (30) days of the date of this Order. The Clerk of Court is respectfully ordered to mail a copy of this Order to Kariem Broadnax, Register Number 92496-054, F.C.I. Thomson, P.O. Box 1002, Thomson, Illinois 61285.

**SO ORDERED.**

Dated:     New York, New York
           September 28, 2022

                                          _____
                                          Victor Marrero
                                          U.S.D.J.